IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REV. WILLIE CHARLES HILL, JR.,

    Plaintiff,

v.                                    CASE NO. 4:16cv279-RH/CAS

JUDGE ANGELA DEMPSEY,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. The report and recommendation correctly concludes that the complaint should be dismissed. The conclusion is supported not only by the authorities cited in the report and recommendation but also by such cases as *Younger v. Harris*, 401 U.S. 37 (1971). Accordingly,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed." The clerk must close the file.

SO ORDERED on June 16, 2016.

s/Robert L. Hinkle<br>United States District Judge